FILED
CLERK, U.S. DISTRICT COURT

FEB -5 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Jason Levi Garza <br> Defendant. | Case No.: CR09-1311 CAS <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (√)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (√)   information in the Pretrial Services Report and Recommendation

    (√)   information in the violation petition and report(s)

    (√)   the defendant's nonobjection to detention at this time

    ( )   other: _____

1     and/ or
2 B. (X)  The defendant has not met his/her burden of establishing by clear and
3     convincing evidence that he/she is not likely to pose a danger to the
4     safety of any other person or the community if released under 18 U.S.C.
5     § 3142(b) or (c).  This finding is based on the following:
6     (X)  information in the Pretrial Services Report and Recommendation
7     (X)  information in the violation petition and report(s)
8     (X)  the defendant's nonobjection to detention at this time
9     ( )  other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: February 5, 2015     _____
                  SHERI PYM
                  United States Magistrate Judge